```
                          United States Bankruptcy Court
                           Eastern District of California

In re:                                                  Case No. 18-90772-E
Luis Lopez Lopez                                        Chapter 7
Ramona Rosa Lopez
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0972-9          User: admin              Page 1 of 1             Date Rcvd: Oct 26, 2018
                              Form ID: 309A            Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 28, 2018.
db/jdb         +Luis Lopez Lopez, Sr.,    Ramona Rosa Lopez,    1287 Pecan Way,    Turlock, CA 95380-7348
aty            +Nicholas Wajda,    11400 W. Olympic Blvd., Ste. 200,    Los Angeles, CA 90064-1584
tr             +Irma Edmonds,    PO Box 3608,    Pinedale, CA 93650-3608
22587858       +Check Into Cash,    1641 Lander Ave,    Turlock CA 95380-6200
22587857       +Check Into Cash,    9046 Sepulveda Blvd,    North Hills CA 91343-4308
22587860        Emanuel Medical Center,    P O Box 743399,    Los Angeles CA 90074-3399
22587862       +Loan Me,   8581 Santa Monica Blvd,   17,    West Hollywood CA 90069-4120
22587863       +Monterey Financial,    P O Box 801130,    Kansas City MO 64180-1130

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             EDI: EDD.COM Oct 27 2018 06:58:00      Employment Development Department,
                 Bankruptcy Group, MIC 92E,    PO Box 826880,    Sacramento, CA  94280-0001
smg             EDI: CALTAX.COM Oct 27 2018 06:58:00      Franchise Tax Board,    PO Box 2952,
                 Sacramento, CA  95812-2952
22587855       +EDI: ACECASHXPRESS.COM Oct 27 2018 06:58:00      ACE Cash Express,    1825 Countryside,
                 Turlock CA 95380-9529
22587856       +EDI: CAPONEAUTO.COM Oct 27 2018 06:58:00      Capital One Auto Finance,    3901 N Dallas Pkwy,
                 Plano TX 75093-7864
22587859        EDI: RCSFNBMARIN.COM Oct 27 2018 06:58:00      Credit One Bank,    P O Box 60500,
                 City of Industry CA 91716-0500
22587861       +E-mail/Text: mitch.ferris@kenosianmiele.com Oct 27 2018 03:22:51      Kenosian Miele LLP,
                 8581 Santa Monica Blvd 17,    West Hollywood CA 90069-4120
22587864        EDI: DRIV.COM Oct 27 2018 06:58:00      Santander Consumer,    P O Box 660633,
                 Dallas TX 75266-0633
22587865        E-mail/Text: jennifer.chacon@spservicing.com Oct 27 2018 03:23:36
                 Select Portfolio Services Inc,    P O Box 65450,    Salt Lake City UT 84165-0450
                                                                                              TOTAL: 8

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 26, 2018 at the address(es) listed below:
NONE.                                                                                         TOTAL: 0
```

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | Debtor's full name | Luis Lopez Lopez Sr. | | Ramona Rosa Lopez |
| 2. | All other names used in the last 8 years | | | |
| 3. | Address | 1287 Pecan Way<br>Turlock, CA 95380 | | 1287 Pecan Way<br>Turlock, CA 95380 |
| 4. | Debtor's attorney<br>Name and address | Nicholas Wajda<br>11400 W. Olympic Blvd., Ste. 200<br>Los Angeles, CA 90064 | | Contact phone: 310–997–0471 |
| 5. | Bankruptcy trustee<br>Name and address | Irma Edmonds<br>PO Box 3608<br>Pinedale, CA 93650 | | Contact phone: (559) 221–2233 |

**For more information, see page 2 >**

---

# Information to identify the case:

**Debtor 1**: Luis Lopez Lopez Sr.
First Name   Middle Name   Last Name

**Debtor 2**: Ramona Rosa Lopez
(Spouse, if filing)
First Name   Middle Name   Last Name

Social Security number or ITIN  xxx–xx–5672
EIN  _ _–_ _ _ _ _ _ _
Social Security number or ITIN  xxx–xx–3259
EIN  _ _–_ _ _ _ _ _ _

United States Bankruptcy Court  Eastern District of California

Case number: 18–90772 – E – 7

Date case filed for chapter 7: 10/24/18

12/15

## Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page 1

Debtor: **Luis Lopez Lopez Sr.** and **Ramona Rosa Lopez**      Case number: **18–90772 – E – 7**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br>You may inspect all records filed in this case at this office or online at <u>www.pacer.gov</u>. | 1200 I Street, Suite 4<br>Modesto, CA 95354<br><br><u>Mailing Address:</u><br>Robert T. Matsui United States Courthouse<br>501 I Street, Suite 3–200, Sacramento, CA 95814 | Hours: M–F 9:00 AM – 4:00 PM<br><u>www.caeb.uscourts.gov</u><br>Phone: (209) 521–5160<br>Date: 10/26/18 |
| **7.** | **Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 19, 2018 at 12:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br><br>**United States Trustees Meeting Room, Suite 2, 1st Floor, 1200 I St, Modesto, CA**<br><br>**Debtors are required to bring government issued photo identification and proof of social security number to the meeting of creditors.** |
| **8.** | **Presumption of abuse**<br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9.** | **Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 1/18/19** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at <u>www.pacer.gov</u>. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |
| **13.** | **Options to Receive Notices Served by the Clerk by Email Instead of by U.S. Mail** | Anyone can register for the Electronic Bankruptcy Noticing program at <u>ebn.uscourts.gov</u> or debtors can register for DeBN by filing form EDC 3–321 Debtor's Electronic Noticing Request (DeBN) with the Clerk of Court. Both options are FREE and allow the Clerk to quickly send you court–issued notices and orders by email. | |